UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. C-01-333-1 |
| | § | |
| RAUL ROLANDO GALINDO | § | |

**ORDER RESETTING HEARING**
**ON REVOCATION OF SUPERVISED RELEASE TERM**

IT IS HEREBY ORDERED that this matter (previously set for May 28, 2008) is hereby reset for hearing on June 13, 2008 at **9:00 a.m**. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, to determine whether the Defendant's supervised release term should be revoked.

SO ORDERED this 27th day of May, 2008, at McAllen, Texas.

_____
Randy Crane
United States District Judge